UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| L.R.M., by and through her mother and next friend, Nettie McCracklin, | ) ) ) |
| Claimant, | ) ) ) 2:13-cv-00259-KOB |
| v. | ) ) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) ) ) |
| Defendants. | |

**MEMORANDUM OPINION**

On January 22, 2014, the magistrate judge entered a Report and Recommendation (doc. 14), recommending that the court affirm the decision of the Commissioner that the claimant was not entitled to disability benefits. No party filed any objections.

The court has carefully considered the entire record in this action, including the report and recommendation. The court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. The court finds that the Commissioner's decision is due to be affirmed because she applied the proper legal standards and substantial evidence supports her decision.

The court will enter a separate Final Order.

DONE and ORDERED this 17th day of April, 2014.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE